# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRI LEWIS STEVENS AND
JENNIFER FRUCHTNICHT, WIFE
OF/AND CRAIG RIVERA

VERSUS

ST. TAMMANY PARISH
GOVERNMENT

NO.   2020 CW 0426

**JUNE 25, 2020**

---

In Re:   Teri  Lewis  Stevens  and  Jennifer  and  Craig  Rivera,
applying for supervisory writs, 22nd Judicial District
Court, Parish of St. Tammany, No. 201510649.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT